**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000506**
**06-MAR-2026**
**03:26 PM**
**Dkt. 97 OCOR**

NO. CAAP-22-0000506

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

HAWAIʻI GOVERNMENT EMPLOYEES ASSOCIATION, AFSCME,
LOCAL 152, ALF-CIO; and UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, Plaintiffs-Appellants, v.
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI,
Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,
and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001304)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court
entered on August 18, 2025, is corrected as follows:

On page 6, second full paragraph, line 7, please
replace the word "and" with the word "an" so that the sentence
reads:

examples of information in which an individual has a significant

On page 8, last paragraph, line 4, please add an "i" to
the end of the word "Hawaiʻ" so that the line reads:

members. Hawaiʻi Med. Ass'n, 113 Hawaiʻi at 96, 148 P.3d at 1198

---

[1] Leonard, Presiding Judge, and Wadsworth and McCullen, JJ.

On page 9, second paragraph under the "B" heading, line 6, please insert a space between the "§" and "92F-2" so that the line reads:

omitted) (quoting HRS § 92F-2 (2012)).  "Accordingly, UIPA

On page 12, first full paragraph, line 6, please insert "Vol. I," after "1978," so that the line reads:

1978, Vol. I, at 674).  The court thus considered it "appropriate, when

On page 16, last line of the second full paragraph, please insert a space between the "§" and "652D" so that the line reads:

Restatement § 652D.  See supra.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, March 6, 2026.

/s/ Clyde J. Wadsworth
Associate Judge